A CERTIFIED TRUE COPY
ATTEST
By Jakeia Mells on Jun 05, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 05, 2009

FILED
CLERK'S OFFICE

IN RE: INDIANAPOLIS LIFE INSURANCE
COMPANY I.R.S. § 412(I) PLANS
LIFE INSURANCE MARKETING LITIGATION
Radha Bhatia, et al. v. Harold Dischino, et al.,
    D. New Jersey, C.A. No. 2:08-5609

MDL No. 1983

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Bhatia*) on April 30, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Bhatia* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently withdrew their opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on April 30, 2009, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Jane J. Boyle.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified a true copy of an instrument
on file in my office on 6-8-09
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

## UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |

June 5, 2009

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Re: MDL No. 1983 -- IN RE: Indianapolis Life Insurance Company I.R.S. § 412(i) Plans Life Insurance Marketing Litigation

(See Attached Order)

Dear Ms. Mitchell:

A conditional transfer order was filed in the above matter on April 30, 2009. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore attaching as a separate PDF document a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Jakeia Mells
Jakeia Mells
Deputy Clerk

Attachment

cc:    Transferee Judge: Judge Jane J. Boyle

JPML Form 68A

JO!SF; !JOEJBOBQPMJT!MJGF!JOTVSBODF!
DPNQBOZ!J/S/T/!@523)J*!QMBOT!
MJGF!JOTVSBODF!NBSLFUJOH!MJUJHBUJPO                    NEMOp/!2:94

JOWPMWFE!DPVOTFM!MJTU

Zbtn ffo!B/!Bmfo!
CBMFTUSJFSF!MBO[B!QMMD
336!Cspbex bz-!Tvjuf!3:11
Ofx!Zpsl-!OZ!21118

Fosjrvf!E/!Bsbob!
KPSEFO!CVSU!MMQ
888!Cgdl fmfBwfovf-!Tvjuf!611
Njbnj-!GM44242.3914

Mff!F/!Cbjot-!Ke/
NBZOBSE!DPPQFS!"!HBMF!QD
2:12!Tjyui!Bwfovf-!Opsui-!Tvjuf!3511
Cjsnjohibn-!BM46314.3729

Ti boopo!M/!Drbd!
HBMMBHIFS!"!LFOOFEZ!QD
3686!FbtuDbnfmcbdl!Spbe
Qipfojy-!B[!96127

Hsfhpsz!Tufqifo!Dpnp!
MFX JT!CSJTCPJT!CJTHBBSE!"!TNJUI!MMQ
3:3:!Opsui!DfousbmBwfovf
Tvjuf!2811
Qipfojy-!B[!96123.3872

Hbsz!Dsvdjboj!
EJBNPOE!NDDBSUIZ!MMQ
2312!Fm!Tusffu
Tvjuf!4511
Ebmbt-!UY!86381

Bjmffo!G/!Espvhiupo!
USBVC!FHHJO!MJFCFSNBO!"!TUSBVT!MMQ
Nfuspqmfy!Dpsqpsbuf!Dfoufs!2
211!Nfuspqmfy!Esjwf-!Tvjuf!314
Fejtpo-!OK!19928.3795!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!!!!!
Mzoof!N/!Gjtdinboo-Vojnbo!
BOESFX T!LVSUI!MMQ
561!Mfyjohupo!Bwfovf
26ui!Gpps
Ofx!Zpsl-!OZ!21128

LvsuX n/!I fns!
TLBEEFO!BSQT!TMBUF!NFBHIFS!"!
GMPN!MMQ
Pof!Cfbdpo!Tusffu!42tuGmpps
Cptupo-!NB!13219

Ebwje!B/!Kpoft!
BLJO!HVNQ!TUSBVTT!I BVFS!"!GFME!MMQ
411!Dpowfou!Tusffu!Tvjuf!2711
Tbo!Boupojp-!UY!89316

Efcsb!N jmfs!Lsfct!
NJMCFS!NBL SJT!QMPVTBEJT!"!TFJEFO!MMQ
329!Spvuf!!28!Opsui
Tvjuf!613
Spdifmm!Qbsl-!OK!18773

Di sjtupqifs!Q/!Mjtf!
X I JUF!"!X JMMBN T!MMQ
Mcfsuz!Wjfx
568!I beepogjfme!Spbe-!Tvjuf!511
Di fssz!I jmm-!OK!19113.3331

Kfggsfz!U/!Nvssbz!
NPZFT!TFMMFST!"!TJN T
2961!O/!DfousbmBwfovf-!Tvjuf!2211
Qipfojy-!B[!96115

Njdi bfmMff!Qbssjti !
TUJOTPO!NPSSJTPO!I FDLFS!MMQ
2961!Opsui!DfousbmBwf/-!Tvjuf!3211
Qipfojy-!B[!96115.5695

Epvhmbt!F/!X i juofz!
NDEFSNPUU!X JMM!"!FN FSZ!MMQ
338!X ftuN pospf!Tusffu
Di jdbhp-!JM71717

Cfoofu!Ebooz!vspgtlz!
SFJUN BO!QBSTPOOFU!QD
855!Cspbe!Tusffu
Tvjuf!2918
Ofx bsl-!OK!18213